_____

No. 95-3484
_____

Lonnie D. Snelling,             *
                                  *
        Appellant,        *
                                  *
   v.                   *  Appeal from the United States
                                  *  District Court for the
Department of Housing and     *  Eastern District of Missouri.
Urban Development; St. Louis    *
County Housing Authority;      *        [UNPUBLISHED]
St. Louis City Housing         *
Authority, *
                                  *
        Appellees.        *
                       _____

Submitted:  April 3, 1996

Filed:  April 9, 1996
_____

Before FAGG, BOWMAN, HANSEN, Circuit Judges.
_____

PER CURIAM.

The District Court[1] granted defendants judgment as a matter of law at the close of Lonnie D. Snelling's case, and this Court affirmed. Snelling v. Pierce, Nos. 94-2039, 94-2087, 94-2088, 94-2290, 1995 WL 224031 (8th Cir. Apr. 17, 1995) (unpublished per curiam), cert. denied, 116 S. Ct. 710 (1996). Snelling now appeals the District Court's award of costs to the United States Department of Housing and Urban Development and the Housing Authority of St. Louis County. Having carefully reviewed the record and the parties' submissions, we conclude the District Court's judgment awarding costs was a proper exercise of its discretion. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.